UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98-HC-764-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALBERT F. IAQUINTA | ) | |
| | ) | |

This matter is before the court on respondent's 23 March 2012 motion for a status conference. Respondent has requested the status conference because it "may be helpful in moving [respondent's conditional release] along." (Mot., DE # 146, at 1.)

Pursuant to 18 U.S.C. § 4247(h), a respondent may ask the court for a hearing on a request for discharge at any time 180 days after the court denied his last request. Respondent's most recent hearing in this case occurred on 5 December 2011, at which time the court found that respondent continues to meet the criteria for commitment pursuant to 18 U.S.C. § 4246. (See DE # 145.) Because 180 days have not passed since respondent's last hearing, the motion for a status conference is DENIED.

This 27 March 2012.

_____
W. Earl Britt
Senior U.S. District Judge