IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98-HC-00764-BR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALBERT F. IAQUINTA | ) | |
| | ) | |
| | ) | |

Respondent was committed to the custody and care of the United States Attorney General pursuant to 18 U.S.C. § 4246 on 17 February 1999. This matter is now before the court on respondent's motion for the court "to approve [] the retention of Dr. Albert Drukteinis, M.D., J.D., a forensic psychiatrist: . . . to conduct a clinical evaluation and psychological testing of respondent . . . and opine on whether this court should discharge the respondent from its order of commitment." (DE # 216, at 1.) Respondent requests the appointment of Dr. Drukteinis due to a "breakdown in communication between [himself and] Dr. Reid," who he claims "performed evaluations and testified in this matter in the past." (Id. at 5.)

The court notes that respondent is represented by the Office of the Federal Public Defender with regard to matters connected to his commitment. On 16 May 2017, respondent's counsel moved for a discharge hearing pursuant to 18 U.S.C. § 4247(h) to determine whether he still meets the criteria for commitment under 18 U.S.C. § 4246, and for the appointment of an additional mental health examiner pursuant to 18 U.S.C. § 4247(b). (DE # 209.) The court granted the motion, and a hearing to determine whether respondent continues to meet the criteria for commitment is currently scheduled for 28 November 2017. (DE # 210.) After the court scheduled the hearing, respondent's counsel filed notice that respondent has selected

forensic psychiatrist Dr. Hans Stelmach to evaluate him. (DE # 211.) Because respondent has already selected an additional mental health examiner in connection with this matter, the motion is DENIED.

This 15 June 2017.

_____

W. Earl Britt

Senior U.S. District Judge