IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98-HC-0764-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ALBERT F. IAQUINTA,<br>Reg. No. 18094-050,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter is before the Court on the Government's consent motion to lift the stay in this matter and modify the terms of Respondent's conditional release. For good cause shown, the motion to lift the stay is granted. The request to modify Respondent's conditional release is hereby ALLOWED, and the Order of this Court dated 15 June 2026 is hereby modified to amend condition number 3 of the Order to read as follows:

**3) Respondent shall [...] Reside at the Divine Supportive Housing group home located at 228 Gail Ridge Lane, Wendell, NC 27591.**

**a. The residence is managed by Brenda Reid, who can be reached at (919) 264-7446.**

**b. Any changes in residence must be approved by the supervising United States Probation Officer.**

**c. Respondent's residence must be free of actual or imitation firearms, destructive devices, or other deadly weapons.**

d. **Respondent must abide by all rules, regulations, and policies of the home in which he resides.**

e. **Respondent shall abide by any curfew restriction placed upon him by his U.S. Probation Officer. Respondent will comply with any GPS monitoring requirements**

All other conditions of Respondent's 15 June 2026 Conditional Release Order [D.E. 255] shall remain in effect.

This 1 day of October 2026.

J. Dever

JAMES C. DEVER III
United States District Judge